Markeith D. Tucker "Plaintiff"               "Complaint"

CIV-18-266-D

FILED
MAR 23 2018
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY N.V., DEPUTY

    I'm pursuing to sue Defendants a large group of people, referred to as a "Class" in Lawsuit to hold them accountable for damages sustained by fraudulent, neglectful and harmful actions from both parties "OCR" & SWOSU" the defendants hoping Federal Courts assist me the afflicted Plaintiff consumer recover in a Disparate Impact Treatment Causality.

    I'm requesting in this Class Action Civil Lawsuit $13 million from The Office OF Civil Rights In Education from being lead on and seeking $20 million from "SWOSU" for Racial Profiling and Discriminating on my Background totaling $33 MILLION IN A Lump sum settlement that has caused Mental Anguish far as Harm suffered by being neglected by a Federal Government Funded Education program that is not supposed to discriminate where it is Federal Funded. In my Civil Case matter over Legal dispute between the two parties and I this discrepancy has caused me a year of School in Higher Education and made me unable to not be able to receive my financial aid which is my lively hood on "SWOSU" behalf.

    The "OCR' Lawyer and Supervisor Earlene Gordon and Nate Hicks lead me on believing they were going to subside "SWOSU" Discriminating on me, just for Misrepresentation of Profit Potential on Civil Lawsuit Lump Sum Settlement from University Financial Funded Program. The Civil Courts stated when I spoke with Mrs. Garret it would be a 300 Day thorough Investigation when filing my Complaint with "OCR" after filing my Complaint with the Office For Civil Rights In Education Nate Hicks said give him 180 days on my Case Claim and to run it by his Supervisor Earlene Gordon and I would be paid just to be notified of an Early Dismissal on my Case Claim that did not get a thorough Investigation by "OCR" like The Civil Courts Stated.

    This leave me believing Federal Lawyers Appointed Supervisor Earlene Gordon, Nate Hicks from "OCR' took a pay-cut from Opposing Party & Defendants "SWOSU" including all my Settlement on my Civil Case matter. I provided "OCR" with Concrete Evidence Legal Documentations of being discriminated on along with me not being excepted through The University Admissions this has cost time that no money can replace and put me 3 Semesters behind on receiving my "BA" which I would be completing fall Semester 2018 making me a Graduate.

    My Legal Legit Case Claim was further discriminated on by The Office for Civil Rights in Education only leaving me to believe they took a pay cut. The Time & Money can't be replaced for the Semesters lost but in due time I can work pursue and Achieve in furthering my Education

Markeith D. Tucker "Plaintiff"

me Plaintiff is seeking Justice. It makes me feel like I have to rebuild my College Education and left me feeling Segregated from Higher Education that our Government Fund to Public Universities Admissions for them not to discriminate on Students. In my College Short Career rather not say long term my stance is with endurance on continuing my Education and being Successful in Higher Education.

*Markeith Tucker* (signature)

1920 W 7th Lot 88

ElRCity, OK 73644

(580) 210-0391.



Kayla Shelton
notary