IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MARKEITH D. TUCKER,                )
                                   )
            Plaintiff,             )
                                   )
v.                                 )        Case No. CIV-18-266-D
                                   )
OCR, *et al*.,                     )
                                   )
            Defendants.            )

## **J U D G M E N T**

Pursuant to the Order issued this date, this action is dismissed without prejudice to refiling.

Entered this 21st day of May, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE